# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| RICHARD K. CORBIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 1:10-cv-309-WTL-TAB |
| | ) | |
| ALAN FINNAN, | ) | |
| | ) | |
| Respondent. | ) | |

### Entry Discussing Petition for Writ of Habeas Corpus

Richard K. Corbin seeks a writ of habeas corpus with respect to his 1998 Burglary conviction in Delaware County. Similar relief was sought by Corbin in a previous habeas action concluded in this court. *Corbin v. Hanks,* No. 1:05-cv-120-DFH-VSS (S.D.Ind. June 10, 2005)(*Corbin I*). This is known from consideration of the docket in that case, an exercise which is fully appropriate. *In re Salem,* 465 F.3d 767 (7th Cir. 2006)(citing cases).

Rule 4 of the *Rules Governing Section 2254 Cases in United States District Courts* provides that upon preliminary consideration by the district court judge, "[i]f it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court, the judge shall make an order for its summary dismissal and cause the petitioner to be notified." *See Small v. Endicott,* 998 F.2d 411, 414 (7th Cir. 1993).

This is an appropriate case for the resolution of the action pursuant to Rule 4. The reasons for this conclusion are the following: Any claim in the present case either was or could have been asserted in *Corbin I.* This means that the present action must be dismissed for lack of jurisdiction as an unauthorized second or successive habeas application. *Burton v. Stewart,* 549 U.S. 147, 152 (2007) (stating that the district court was without jurisdiction to entertain the habeas petition because the petitioner failed to receive the required authorization from the Court of Appeals and had "twice brought claims contesting the same custody imposed by the same judgment of the state court."); *United States v. Lloyd,* 398 F.3d 978, 979 (7th Cir. 2005).

Based on the foregoing, the petition shows on its face that Corbin is not entitled to the relief he seeks. Accordingly, the action must be dismissed for lack of jurisdiction, and judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Date: 03/17/2010